IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BROWN,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | No.  2:25-CV-1783-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for an extension of time for Plaintiff to file a dispositive motion. See ECF No. 8. Good cause appearing therefor, the parties' stipulation will be approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDRED as follows:

1. The parties' stipulation for an extension of time, ECF No. 8, is approved.

2. Plaintiff's dispositive motion is due on or before October 24, 2025.

Dated:  October 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE