IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:25-CV-1783-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation to stay this action until after such time as government appropriations are restored.  Having considered the parties' request, the stipulation is NOT approved.  The Court will, however, extend the deadline for filing of Plaintiff's dispositive motion, and all associated deadlines, by 60 days.  This extension is without prejudice to the parties seeking additional time should government appropriations not be restored within that time.

      IT IS SO ORDERED.

Dated:  October 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1