ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4814
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. BROWN, | Case No.: 2:25-cv-01783-DMC |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (35) days from January 21, 2026, up to and including February 25, 2026.  This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 35-day extension due to the backlog of work created by the extended lapse in appropriations. For example, Counsel is currently responsible for drafting dispositive briefs in 9 Federal District Court cases between January 20, 2026, and February 1, 2026.  Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Stip for Extension of Time                1

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on February 25, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 20, 2026

ERIC GRANT
United States Attorney

By   /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  January 20, 2026

JARED T. WALKER, ATTORNEY AT LAW

By   /s/  *Jared T. Walker\**
(\*as authorized via e-mail on January 20, 2026)
JARED T. WALKER
Attorney for Plaintiff

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 25, 2026, to file his Motion for Summary Judgment.

Dated:  January 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                              2