ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4814
  E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. BROWN,<br><br>   Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.: 2:25-cv-01783-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended twenty-one (21) days from February 25, 2026, to March 18, 2026.  This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

Counsel for Defendant respectfully requests this extension in order to pursue potential settlement of this matter.  Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on March 18, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip for Extension of Time        1

Respectfully submitted,

Dated:  February 24, 2026          ERIC GRANT
                                   United States Attorney

                        By    /s/  *Marla K. Letellier*
                              MARLA K. LETELLIER
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

Dated:  February 24, 2026          JARED T. WALKER, ATTORNEY AT LAW

                        By    /s/  *Jared T. Walker**
                              (*as authorized via e-mail on February 24, 2026)
                              JARED T. WALKER
                              Attorney for Plaintiff

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 18, 2026, to file his Motion for Summary Judgment.

Dated:  February 25, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                      2