ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4814
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. BROWN,<br><br>     Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.: 2:25-cv-01783-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended fifteen (15) days from March 18, 2026, to April 2, 2026.  This is the Defendant's third and final request for an extension on the deadline to file his Motion for Summary Judgment.

Counsel for Defendant respectfully requests this extension after being unexpectedly out of the office for part of last week and part of this week due to her son's illness.  Counsel also is requesting additional time in order to continue to pursue potential settlement of this matter. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on April 2, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  March 17, 2026

ERIC GRANT
United States Attorney

By     /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  March 17, 2026

JARED T. WALKER, ATTORNEY AT LAW

By     /s/ *Jared T. Walker\**
(*as authorized via e-mail on March 16, 2026)
JARED T. WALKER
Attorney for Plaintiff

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 2, 2026, to file his Motion for Summary Judgment.

Dated:  March 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                                          2