ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4814
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. BROWN,<br><br>       Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: 2:25-cv-01783-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended seven (7) days from April 2, 2026, to April 9, 2026.  This is the Defendant's fourth request for an extension on the deadline to file his Motion for Summary Judgment.

     Counsel for Defendant regretfully requests this extension after being unexpectedly out of the office for part of last week due to a family emergency.  Counsel must also be out of the office this afternoon due to an urgent medical appointment for her son.  At the same time, Counsel is currently managing an extremely heavy caseload.  Counsel believes that this short extension could be productive in settling this matter or narrowing the issues for adjudication.  Defendant greatly appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the

Stip for Extension of Time                        1

inconvenience and for the late filing of this stipulation.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on April 9, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 2, 2026

ERIC GRANT
United States Attorney

By      /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  April 2, 2026

JARED T. WALKER, ATTORNEY AT LAW

By      /s/  *Jared T. Walker\**
(*as authorized via e-mail on April 2, 2026)
JARED T. WALKER
Attorney for Plaintiff

**<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 9, 2026, to file his Motion for Summary Judgment.

Dated:  April 3, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE